**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

ANIKA BLANKENBURG and
SASCHA BLANKENBURG,

     Plaintiffs,

       v.

FORT GORDON SPOUSES AND
CIVILIAN CLUB, INC., REBECCA
PAPKE, JANE DOE, JOHN DOE, and
UNITED STATES OF AMERICA,

     Defendants.

\*
\*
\*
\*
\*     CV 122-156
\*
\*
\*
\*
\*
\*
\*
\*
\*

**O R D E R**

Before the Court is the Parties' stipulation of dismissal without prejudice as to Defendant Rebecca Papke.  (Doc. 126.)  All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** as to Defendant Rebecca Papke.  The Clerk is **DIRECTED** to **TERMINATE** Rebecca Papke as a party to this action.  Each party shall bear its own costs and fees unless otherwise agreed.  This action shall continue pending in all respects as to the remaining Defendants.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of June, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA